No. 832, Misc.  OVERBY *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  Petitioner *pro se.* *Carman F. Ball* for respondent.

No. 22.  SCHOLLE *v.* HARE, SECRETARY OF STATE OF MICHIGAN, ET AL., 369 U. S. 429;
No. 776.  LONG *v.* ILLINOIS CENTRAL RAILROAD CO., 369 U. S. 858; and
No. 1044, Misc.  HOLLIS *v.* TEXAS, 369 U. S. 862.  Petitions for rehearing denied.

JUNE 4, 1962.*

No. ——.  IN RE SHIELDS.  Henry R. Shields, Esquire, of New York, New York, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice in this Court.

No. 8, Original.  ARIZONA *v.* CALIFORNIA ET AL.  Argued January 8–11, 1962.  This case is restored to the calendar for reargument and set for Monday, October 8, 1962.  A total of six hours is allowed for the reargument.  THE CHIEF JUSTICE took no part in the consideration or decision of this case.  *Mark Wilmer* and *Charles H. Reed* argued the cause for the complainant.  With them on the briefs were *William R. Meagher, Burr Sutter, John E. Madden, Calvin H. Udall, John Geoffrey Will* and *Theodore Kiendl.*  *Fred O. Wilson* and *Martin J. Sonosky* also were for the complainant.  *Stanley Mosk,* Attorney General of California, and *Northcutt Ely,* Special Assistant

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.